UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **WILBERT WILLIAMS, IV.** | **CIVIL ACTION NO. 09-1670-P** |
| **VERSUS** | **JUDGE HICKS** |
| **LONNIE NAIL, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for a preliminary injunction (Doc. 9) is **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 22nd day of March 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE