UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **WILBERT WILLIAMS, IV.** | **CIVIL ACTION NO. 09-1670-P** |
| **VERSUS** | **JUDGE HICKS** |
| **LONNIE NAIL, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that Plaintiff's motions for a preliminary injunction (Docs. 11 and 21) are **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 22nd day of March 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE